# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
|---|---|---|
|  | ) |  |
| GLORIA GRIFFIN | ) | CASE NO. 10-24756 KL |
| Debtor | ) |  |

## MOTION TO DISMISS FOR DEFAULT IN PAYMENTS

COMES NOW Paul R. Chael, Trustee herein, and states that the above Debtor is in material default under the terms of the Plan, in that the payments required by the Plan have not been made and that no showing has been made of any just cause for such default.

Amount of Default: **$7642.28**

WHEREFORE**,** your Trustee prays that these proceedings be dismissed pursuant to Sec. 1307(c) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney ID 3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015 service of a true and complete copy of the above and foregoing pleading or paper was served upon the US Trustee and listed interested parties electronically and upon the remaining parties set forth below by depositing the same in the US Mail, envelope properly addressed to each of them and with sufficient postage affixed.

U.S. Trustee-ustpregion10.soecf@usdoj.gov
Cornell Collins, 607 S Lake St, Gary IN 46403-0000
Debtors: Gloria Griffin, 133 N Grand Blvd, Gary IN 46403

/s/ Paul R. Chael
Paul R. Chael
401 W 84th Dr, Merrillville IN 46410
219/650-4015