UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: | ) |
| GLORIA GRIFFIN | ) |
| | ) |
| | )  CHAPTER 13 PROCEEDINGS |
| | )  CASE NO.: 10-24756 KL |
| Debtor(s) | ) |

## AGREED ORDER

Comes now Debtor(s), by counsel, Cornell Collins, and comes now Paul R. Chael, Standing Chapter 13 Trustee, for the purpose of resolving the Trustee's Motion to Dismiss. Parties submit the following Agreed Order:

1. That the Trustee's Motion to Dismiss or Convert to Chapter 7 is hereby continued indefinitely.

2. Debtor(s) is in default as of June 10, 2015 the sum of $7,642.28. Debtor will make her Plan payments in the sum of $1,600.00 per month, and the case will complete and the default cured within 60 months of confirmation.

3. In the event the Debtor fails to pay or perform as stated above, the case may be dismissed without further notice or hearing upon the filing of an affidavit of default by the Trustee and a five (5) day grace period.

_____
Cornell Collins
Attorney for Debtor

/s/ Paul R. Chael
Paul R. Chael
Standing Chapter 13 Trustee

Entered: June 17, 2015

_____
Judge, U. S. Bankruptcy Court